```
1   DANIEL G. BOGDEN
    United States Attorney
2   HOLLY VANCE
    Assistant United States Attorney
3   100 West Liberty Street, Suite 600
    Reno, NV 89501
4   Telephone: (775) 784-5438
    Facsimile: (775) 784-5181
5
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 3:13-cv-00528-RCJ-WGC<br><br>**MOTION FOR ADMISSION OF AMI SANGHVI** |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, in accordance with Local Rule IA 10-3, for the admission of AMI SANGHVI to the Bar of this Court for the purpose of representing the U.S. Equal Employment Opportunity Commission (EEOC) in the above-captioned litigation.

Ami Sanghvi is employed as a Senior Trial Attorney by the EEOC in the San Francisco District Office, an agency of the federal government. Ms. Sanghvi has been employed by the EEOC since 2009. She was admitted to practice law by the State Bar of New York in 2006 and is a member in good standing of the State Bar of New York. (Bar No. 4407672).

Attached to this motion is a Declaration by Ami Sanghvi setting forth her willingness to abide by the ethical standards of this Court and the State Bar of Nevada by, among other things, not filing frivolous and time wasting motions.  *See* ECF No. 10.

DATED this 15th day of April, 2014.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

May 6, 2014
_____
Dated

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION FOR ADMISSION OF AMI SANGHVI** has been made through the court's CM/ECF electronic filing and notification system to all parties who have entered appearances in this action on this 15th day of April, 2014.

/s/ Holly A. Vance
HOLLY A. VANCE

1  WILLIAM R. TAMAYO, SBN 084965 (CA)
   MARCIA L. MITCHELL, SBN 18122 (WA)
2  JONATHAN T. PECK, SBN 12303 (VA)
   SIRITHON THANASOMBAT, SBN 270201 (CA)
3  AMI SANGHVI, SBN 4407672 (NY)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
4  San Francisco District Office
   The Phillip Burton Federal Building
5  450 Golden Gate Avenue, 5 West
   P.O. Box 36025
6  San Francisco, CA 94102
   Telephone No. (415) 522-3071
7  Fax No. (415) 522-3425
   ami.sanghvi@eeoc.gov
8
   *Attorneys for Plaintiff EEOC*
9

10                    UNITED STATES DISTRICT COURT
11                        DISTRICT OF NEVADA
12

13  U.S. EQUAL EMPLOYMENT              )  Case No.: 3:13-cv-00528-RCJ-WGC
    OPPORTUNITY COMMISSION,            )
14                                     )
            Plaintiff,                 )  **DECLARATION OF AMI SANGHVI**
15                                     )
        vs.                            )
16                                     )
    WELLS FARGO BANK, N.A.,            )
17                                     )
            Defendant.                 )
18  _____)

19      I, AMI SANGHVI, provide the following declaration in accordance with 28 U.S.C. ¶ 1746:

20

21      1.  I make this declaration in response to the Court's order regarding the admission of
22  out-of-state attorneys to practice before this Court (ECF No. 10).
23      2.  I am a Senior Trial Attorney for the San Francisco District Office of the United States
24  Equal Employment Opportunity Commission ("EEOC" or "Commission").
25      3.  I am one of the attorneys assigned to litigate this action on behalf of the Commission.
26      4.  I am willing to abide by the Federal Rules of Civil Procedure.
27      5.  I am willing to abide by the ethical standards of this Court and the State Bar of

1 | Nevada by, among other things, not filing frivolous and time-wasting motions. *See* ECF No. 10.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/15/2014

AMI SANGHVI
Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE